DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
DEANDRE LAMAR DOSTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DEANDRE LAMAR DOSTY, )<br>)<br>)<br>Defendant. )<br>_____ ) | 2: 09-cr-00500-KJM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT<br><br>DATE: June 23, 2011<br>TIME: 10:00 a.m.<br>JUDGE: Kimberly J. Mueller |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendants, DEANDRE LAMAR DOSTY by and through his counsel, Lexi Negin, Assistant Federal Defender, that the status conference set for Thursday, June 23, 2011, be continued to **Thursday, July 28, 2011, at 10:00 a.m.**

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, June 15, 2011, through and including the date of the new status conference hearing, July 28, 2011, shall be excluded from computation

///

///

///

of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: June 15, 2011

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              */s/ Lexi Negin*
                              LEXI NEGIN
                              Assistant Federal Defender
                              Attorney for Defendant
                              DEANDRE LAMAR DOSTY

DATED: June 15, 2011              BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ Lexi Negin for*
                              JASON HITT
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The status conference set for June 23, 2011 is vacated and reset for July 28, 2011 at 10:00 a.m. The Court finds the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial and time is excluded from the date of this stipulation, June 15, 2011, through and including July 28, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  June 17, 2011.

                              UNITED STATES DISTRICT JUDGE