DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DEANDRE LAMAR DOSTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-cr-00500-KJM |
|     Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. ) | |
| DEANDRE LAMAR DOSTY, ) | DATE:   July 28, 2011 |
|     Defendant. ) | TIME:   10:00 a.m. |
| | JUDGE:  Kimberly J. Mueller |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendant, DEANDRE LAMAR DOSTY by and through his counsel, Lexi Negin, Assistant Federal Defender, that the status conference set for Thursday, July 28, 2011, be continued to **Thursday, September 29 , 2011, at 10:00 a.m.**

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case.  In addition, the parties are working on a disposition in the case; however, the disposition in Mr. Dosty's case depends upon whether Mr. Young chooses to go to trial or plead guilty.  Thus, the parties are awaiting Mr. Young's decision before being able to proceed with resolving the case.

It is further stipulated that the time period from the date of this stipulation, July 22, 2011, through and including the date of the new status conference hearing, September 29, 2011, shall be excluded from

computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare], and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

DATED: July 22, 2011

          Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender

           */s/ Lexi Negin*
          LEXI NEGIN
          Assistant Federal Defender
          Attorney for Defendant
          DEANDRE LAMAR DOSTY

DATED: July 22, 2011          BENJAMIN B. WAGNER
          United States Attorney

           */s/ Lexi Negin for*
          JASON HITT
          Assistant U.S. Attorney
          Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on July 22, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. The status conference set for July 28, 2011 is vacated and reset for September 29, 2011 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including September 29, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: July 26, 2011.

UNITED STATES DISTRICT JUDGE